IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>DARNELL L. POLITE,<br><br>      Defendant. | 8:21-CR-166<br><br>**ORDER** |

  This matter is before the Court for its review of the Magistrate Judge's Findings and Recommendation (Filing 43) recommending the Court deny Defendant's Motion to Dismiss Count II of the Indictment (Filing 28) and the government be allowed to proceed only on the possession prong of 18 U.S.C. § 924(c)(1)(A). No party has objected.

  28 U.S.C. § 636(b)(1) requires de novo review "only when a party objected to the magistrate's findings and recommendations." *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609, 619-20 (8th Cir. 2009) (quoting *Peretz v. United States*, 501 U.S. 923, 939 (1991)). "[T]he failure to file objections eliminates not only the need for de novo review, but any review by the district court." *Id.* at 620. Furthermore, the Magistrate Judge advised the parties, pursuant to NECrimR 59.2, that any objection must be filed within fourteen days and "[f]ailure to timely object may constitute a waiver of any such objection." Filing 43 at 4. Because no party has objected, any objections are waived, and the Court will adopt the Magistrate Judge's Findings and Recommendation (Filing 43). Accordingly,

IT IS ORDERED:

  1. The Magistrate Judge's Findings and Recommendation, Filing 43, is adopted;

  2. Defendant's Motion to Dismiss Count II of the Indictment, Filing 28, is denied;

3. The government will be allowed to proceed only under the possession prong of 18 U.S.C. § 924(c)(1)(A); and

4. The Clerk of Court is ordered to terminate the pending motions at Filing 28 and Filing 43.

Dated this 29th day of October, 2021.

BY THE COURT:

Brian C. Buescher
United States District Judge