IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARNELL L. POLITE,<br><br>Defendant. | 8:21CR166<br><br><br>**ORDER** |

The Court has reviewed the transcript, evidence of record, and the parties' briefing regarding the pending Motion to Suppress (Filing No. 26). Having done so, the undersigned has concluded that additional briefing is necessary to clarify the arguments being advanced by the parties.

Accordingly,

**IT IS ORDERED** as follows:

1. By February 7, 2022, Defendant shall submit a supplemental brief identifying the precise statements he contends were made in violation of *Miranda* and clarify why. Defendant shall also identify the time stamp on the exhibits of where the statements can be found.

2. By February 14, 2022, the government shall file a supplemental brief addressing whether the statements identified by Defendant in his supplemental brief constitute interrogation for purposes of *Miranda*. Additionally, the government shall advise the Court as to its position regarding whether Defendant was "in custody" for purposes of *Miranda* prior to his arrest and/or at the time the disputed statements were made.

3.   Once supplemental briefing is received, the Court will deem the matter submitted.

Dated this 31st day of January, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge

2