IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DARNELL L. POLITE, <br><br> Defendant. | 8:21-CR-166 <br><br> ORDER |

The Court has considered the Defendant's unopposed motion for return of property, Filing 89, and finds that the motion should be granted.

IT IS ORDERED:

1. The Omaha Police Department (OPD) shall return $2,300 in U.S. currency seized on April 8, 2021 from the Defendant Darnell L. Polite in OPD Case #AR20238. This property shall be tendered by OPD to the Defendant's mother/designee, Oredious R. Polite.

2. A copy of this Order will be provided to Darnell Polite's counsel, Richard H. McWilliams, who shall deliver copies of this Order to: Defendant Darnell Polite, his mother/designee Oredious R. Polite, and the Omaha Police Department.

Dated this 13th day of February, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge